IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL COLLINS, JR.,        )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>ROBERT M. HENLINE, et al.,   )<br>                              )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:20cv364-MHT<br>(WO) |

### OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Elmore County Jail, filed this lawsuit contending that the conditions of confinement in the jail are unsanitary and unsafe. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failures to prosecute this action and comply with the orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 31st day of August, 2020.**

                                         **/s/ Myron H. Thompson**
                                **UNITED STATES DISTRICT JUDGE**